# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CRAIG RESS and CARL COGDILL, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE DIVEHEART FOUNDATION, a corporation | ) Case No. 19 CV 5776 |
| Defendant. | ) Hon. Rebecca R. Pallmeyer |
| THE DIVEHEART FOUNDATION, a corporation | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| CRAIG RESS, | ) |
| Counter-Defendant. | ) |

### MOTION TO WITHDRAW APPEARANCE OF REBECCA CANARY-KING

Defendant/Counter-Plaintiff The Diveheart Foundation ("Diveheart"), by and through its counsel, respectfully moves the Court for leave to withdraw the appearance of Rebecca Canary-King pursuant to Local Rule 83.17. In support of its Motion, Defendant states as follows:

1. On September 3, 2019, Rebecca Canary-King and Derek Barella of Schiff Hardin LLP filed Appearances on behalf of Diveheart. Ms. Canary-King is leaving Schiff Hardin LLP for another firm effective February 14, 2020. Derek Barella of Schiff Hardin LLP will remain as counsel for Diveheart.

2. Granting Diveheart's motion to withdraw the appearance of Rebecca Canary-King will not prejudice any parties nor will it cause undue delay in this litigation.

-1-

-2-

WHEREFORE, Defendant/Counter-Plaintiff The Diveheart Foundation respectfully requests that the Court enter an order withdrawing the appearance of Rebecca Canary-King in this proceeding.

Date:   February 14, 2020

>Respectfully submitted,
>
>THE DIVEHEART FOUNDATION
>
>By:   /s/ Derek G. Barella

Derek G. Barella (IARDC 6224422)
SCHIFF HARDIN, LLP
233 South Wacker Drive
Suite 7100
Chicago, IL  60606
Telephone: (312) 258-5500
dbarella@schiffhardin.com

-3-

## CERTIFICATE OF SERVICE

      I certify that I caused the foregoing document to be electronically filed with the clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to counsel of record.

       /s/ Derek G. Barella