**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Craig Ress, et al.

                                 Plaintiff,

v.                                                  Case No.: 1:19−cv−05776
                                                    Honorable Rebecca R. Pallmeyer

The Diveheart Foundation

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 8, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties having reported an agreement in principle to settle this case, Defendant's motion to dismiss [26] is deemed withdrawn without prejudice. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.