UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CRAIG RESS and CARL COGDILL,** ) </br> ) </br> **Plaintiffs,** ) </br> ) </br> **v.** ) </br> ) </br> **THE DIVEHEART FOUNDATION, a corporation** ) </br> ) </br> **Defendant.** ) </br> ) </br> **THE DIVEHEART FOUNDATION, a corporation** ) </br> ) </br> **Counter-Plaintiff,** ) </br> ) </br> **v.** ) </br> ) </br> **CRAIG RESS,** ) </br> ) </br> **Counter-Defendant.** ) | Case No. 19 CV 5776 </br></br> Hon. Rebecca R. Pallmeyer |

## AGREED ORDER OF DISMISSAL

By stipulation and on a joint motion of the parties [Dkt. No. 65], the Court is advised that this case has been settled to the parties' mutual satisfaction and that the parties wish for this Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994). Having been fully advised of the premises, the Court hereby enters the following Agreed Order of Dismissal:

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the signed Confidential Settlement Agreement and Release dated September 12, 2020. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this order to be specific in terms or to describe in reasonable detail and without reference to the settlement agreement, the act or acts to be restrained.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of their settlement agreement.

3. This case is dismissed without prejudice with leave to reinstate on or before January 7, 2022 for the purpose of enforcing the settlement. This Agreed Order of Dismissal is entered without prejudice in order to allow the Court to enforce the settlement agreement. The parties are barred from relitigating any claims raised in this litigation or any claims released by means of the settlement agreement.

4. In the event a motion to reinstate or motion to enforce settlement is not filed on or before January 7, 2022, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs.

DONE AND ORDERED in Chambers in Chicago, Cook County, Illinois, this 23rd day of September, 2020.

_____
Honorable Rebecca R. Pallmeyer